# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| BOLD ALLIANCE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR, et al.,<br><br>Defendants. | CV-20-59-GF-BMM<br><br>**ORDER** |

Plaintiffs have moved for an order allowing Jared Margolis, Esq., Alexander Tom, Esq., Cecilia Segal, Esq., and Jaclyn Prange Esq. (Bold Alliance, et al. Attorneys) to appear *pro hac vice* in this case with Timothy M. Bechtold, Bechtold Law Firm, designated as local counsel. The applications of the Attorneys appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiffs' motions to allow the Bold Alliance, et al. Attorneys to appear on their behalf (Docs. 3, 4, 5, and 6) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Bold Alliance, et al. Attorneys must do their own work. They must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Bold Alliance, et al. Attorneys, it is not an admission of their law firm.

IT IS FURTHER ORDERED:

Bold Alliance, et al. Attorneys within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 21st day of July, 2019.

*/s/ Brian Morris*

Brian Morris
United States District Court Judge