IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BOLD ALLIANCE, et al., | CV-20-59-GF-BMM-JTJ |
| Plaintiffs, | ORDER |
| v. | |
| THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the above-captioned cause is **REASSIGNED** to the Honorable Brian Morris for all further proceedings.

DATED this 17th day of September, 2020.

_____
Brian Morris, Chief District Judge
United State District Court