IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BOLD ALLIANCE, CENTER FOR BIOLOGICAL DIVERSITY, FRIENDS OF THE EARTH, NATURAL RESOURCES DEFENSE COUNCIL, INC., and SIERRA CLUB,<br><br>       Plaintiffs,<br><br> vs.<br><br>The U.S. DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; U.S. BUREAU OF LAND MANAGEMENT; U.S. FISH AND WILDLIFE SERVICE,<br><br>       Defendants. | CV 20-59-GF-BMM-JTJ<br><br>**ORDER GRANTING MOTION TO INTERVENE BY TRANSCANADA KEYSTONE PIPELINE, LP AND TC ENERGY CORPORATION** |

  TransCanada Keystone Pipeline, LP and TC Energy Corporation, have filed a motion to intervene in this action as of right pursuant to Federal Rule of Civil Procedure 24(a)(2). Plaintiffs have not taken a position and the Federal Defendants do not oppose the motion. The motion is unopposed and the Court finds good cause for the motion. Accordingly, IT IS HEREBY ORDERED that the motion (Doc. 28) is GRANTED, pursuant to Rule 24(a)(2).

  IT IS FURTHER ORDERED that the Clerk of Court shall file the answer on

CM/ECF that TransCanada Keystone Pipeline, LP and TC Energy Corporation attached as an Exhibit A to their Motion to Intervene.

IT IS FURTHER ORDERED that TransCanada Keystone Pipeline, LP and TC Energy Corporation shall file any pertinent corporate disclosure statements and pro hac vice applications.

DATED this 17th day of September, 2020.

_____
Brian Morris, Chief District Judge
United States District Court