IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BOLD ALLIANCE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants,<br><br>TRANSCANDA KEYSTONE PIPELINE, LP a Delaware limited partnership TC ENERGY CORPORATION, a Canadian Public company,<br><br>Defendant-Intervenors. | CV-20-59-GF-BMM<br><br>**ORDER** |

Defendant-Intervenors (DI) have moved for an order allowing Kathleen Mueller, Esq., and Peter C. Whitfield, Esq. to appear *pro hac vice* in this case with Jeffrey J. Oven, Esq., designated as local counsel.  The applications of Ms. Mueller and Mr. Whitfield appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

DI's  motions to allow Ms. Mueller and Mr. Whitfield to appear on their behalf (Docs. 34 and 35) are GRANTED, subject to the following conditions:

1.      Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.      Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3.      Ms. Mueller and Mr. Whitfield must each do their own work.  Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4.      Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5.      Admission is personal to Ms. Ms. Mueller and Mr. Whitfield.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 29th day of September, 2020.


_____
Brian Morris, Chief District Judge
United States District Court