# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| BOLD ALLIANCE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants. | CV 20-59-GF-BMM <br><br> **ORDER** |

Plaintiffs have moved for an order allowing Douglas P. Hayes, Esq., to appear *pro hac vice* in this case with Timothy M. Bechtold, Esq. designated as local counsel Mr. Hayes' application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Plaintiffs' motion to allow Mr. Hayes to appear on their behalf (Doc. 39) is GRANTED, subject to the following conditions:

1.     Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel with Mr. Hayes;

2. Mr. Hayes must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

4. Admission is personal to Mr. Hayes.

IT IS FURTHER ORDERED that:

Mr. Hayes shall file, within fifteen (15) days from the date of this Order, an acknowledgment ad acceptance of her admission under the terms set forth above.

DATED this 6th day of October, 2020.

_____
Brian Morris, Chief District Judge
United State District Court