# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| BOLD ALLIANCE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>　　　　Defendants,<br><br>and<br><br>TRANSCANADA KEYSTONE PIPELINE, LP, *et al.*,<br><br>　　　　Defendant-Intervenors. | CV 20-59-BMM<br><br><br>**ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF THE SUMMARY JUDGMENT BRIEFING SCHEDULE** |

　　This matter comes before the Court on the parties' Joint Motion for an Extension of the Summary Judgment Briefing Schedule. Having considered the motion and finding that good cause exists to grant the relief requested, the motion is hereby GRANTED. The remaining summary judgment briefing deadlines are extended, as set forth below:

| Fed. Defs.' Cross-MSJ and Response | April 7, 2021 |
|---|---|

1

|  |  |
|---|---|
| Def.-Int.'s Cross-MSJ and Response | April 14, 2021 |
| Pls.' Response and MSJ Reply | May 5, 2021 |
| Fed. Defs.' Reply in Support of Cross-MSJ | May 26, 2021 |
| Def.-Int.'s Reply in Support of Cross-MSJ | June 2, 2021 |
| Hearing regarding all Summary Judgment Claims | June 10, 2021 at 1:30 p.m. |

The parties' request for an expansion of the word limits set forth in Local Rule 7.1(d) for the briefing set forth above is granted as follows:

> Plaintiffs' motion for summary judgment – 13,000 words
>
> Federal Defendants' and Defendant-Intervenors' cross-motions/responses – 13,000 words each

Following the submission of these briefs, the parties will propose word limits for the remaining briefs, including the possibility that Plaintiffs would file a single consolidated response brief.

Pursuant to the parties' agreement, TC Energy is ordered to provide the parties with sixty days' notice in advance of mainline pipeline construction or construction of new pump stations. The notice provision does not apply to actions taken by TC Energy in response to an order from the government, dismantling facilities or movement of equipment, required environmental protection measures, or the maintenance of existing infrastructure.

Defendants shall notify the Court if TC Energy requests a notice to proceed from the U.S. Bureau of Land Management ("BLM") or schedules a preconstruction conference with BLM.

DATED this 10th day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court