IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BOLD ALLIANCE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>THE U.S. DEPARTMENT OF THE INTERIOR, *et al.,*<br><br>    Defendants,<br><br>and<br><br>TRANSCANADA KEYSTONE PIPELINE, LP, *et al.*,<br><br>    Defendant-Intervenors. | CV 20-59-BMM-JTJ<br><br><br>**ORDER GRANTING JOINT SECOND MOTION FOR AN EXTENSION OF THE SUMMARY JUDGMENT BRIEFING SCHEDULE** |

    This matter comes before the Court on the parties' Joint Second Motion for an Extension of the Summary Judgment Briefing Schedule.  Having considered the motion and finding that good cause exists to grant the relief requested, the motion

is hereby GRANTED. The remaining summary judgment briefing deadlines are extended, as set forth below:

| | |
|---|---|
| Fed. Defs.' Cross-MSJ and Response | May 7, 2021 |
| Def.-Int.'s Cross-MSJ and Response | May 14, 2021 |
| Pls.' Response and MSJ Reply | June 4, 2021 |
| Fed. Defs.' Reply in Support of Cross-MSJ | June 25, 2021 |
| Def.-Int.'s Reply in Support of Cross-MSJ | July 2, 2021 |
| Hearing regarding all Summary Judgment Claims | July 8, 2021 at 1:30 p.m. |

Pursuant to the parties' agreement, TC Energy is ordered to provide the parties and the Court with sixty days' notice in advance of mainline pipeline construction or construction of new pump stations. Further, if TC Energy intends to rely on Nationwide Permit 12, it shall provide the parties and the Court thirty days' advance notice of the submission of a preconstruction notification to the U.S. Army Corps of Engineers. The notice provision does not apply to actions taken by TC Energy in response to an order from the government, dismantling facilities or movement of equipment, required environmental protection measures, or the maintenance of existing infrastructure.

Defendants shall notify the parties and the Court if TC Energy requests a notice to proceed from the U.S. Bureau of Land Management ("BLM") or schedules a preconstruction conference with BLM.

DATED this 30th day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court