# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| BOLD ALLIANCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE U.S. DEPARTMENT OF THE INTERIOR, *et al.,*<br><br>Defendants,<br><br>and<br><br>TRANSCANADA KEYSTONE PIPELINE, LP, *et al.*,<br><br>Defendant-Intervenors. | CV 20-59-BMM<br><br><br>[PROPOSED] ORDER GRANTING JOINT THIRD MOTION FOR AN EXTENSION OF THE SUMMARY JUDGMENT BRIEFING SCHEDULE |

This matter comes before the Court on the parties' Joint Third Motion for an Extension of the Summary Judgment Briefing Schedule. Having considered the motion and finding that good cause exists to grant the relief requested, the motion is hereby GRANTED. The remaining summary judgment briefing deadlines are extended, as set forth below:

| | |
|---|---|
| Fed. Defs.' Cross-MSJ and Response | June 16, 2021 |
| Def.-Int.'s Cross-MSJ and Response | June 23, 2021 |
| Pls.' Response and MSJ Reply | July 16, 2021 |

1

| Fed. Defs.' Reply in Support of Cross-MSJ | August 6, 2021 |
| --- | --- |
| Def.-Int.'s Reply in Support of Cross-MSJ | August 13, 2021 |
| Hearing regarding all Summary Judgment Claims | August 30, 2021 at 1:30 p.m.. |

Pursuant to the parties' agreement, TC Energy is ordered to provide the parties with sixty days' notice in advance of mainline pipeline construction or construction of new pump stations. Further, if TC Energy intends to rely on Nationwide Permit 12, it shall provide thirty days' advance notice of the submission of a preconstruction notification to the U.S. Army Corps of Engineers. The notice provision does not apply to actions taken by TC Energy in response to an order from the government, dismantling facilities or movement of equipment, required environmental protection measures, or the maintenance of existing infrastructure.

Defendants shall notify the Court if TC Energy requests a notice to proceed from the U.S. Bureau of Land Management ("BLM") or schedules a preconstruction conference with BLM.

DATED this 13th day of May, 2021,

Brian Morris, Chief District Judge
United States District Court