# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| BOLD ALLIANCE, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> THE U.S. DEPARTMENT OF THE INTERIOR, *et al.,* <br><br> Defendants, <br><br> and <br><br> TRANSCANADA KEYSTONE PIPELINE, LP, *et al.*, <br><br> Defendant-Intervenors. | CV 20-59-GF-BMM <br><br><br> **ORDER GRANTING JOINT MOTION TO EXTEND STAY** |

     This case has been stayed by joint motion of the parties. On August 6, 2021, the parties advised the Court that the stay should be continued for an additional sixty days. For good cause shown, the case shall remain stayed for sixty days from the date of this order. At the end of the sixty-day period, the parties shall submit a status report advising the Court whether a continued stay is warranted or if litigation deadlines should be reinstated, in which case the parties shall propose a revised litigation schedule. If any party wishes to lift the stay prior to the end of the 60-day period, it shall file a motion with the Court.

1

Pursuant to the parties' agreement, TC Energy is ordered to provide the parties with sixty days' notice in advance of mainline pipeline construction or construction of new pump stations. Further, if TC Energy intends to rely on Nationwide Permit 12, it shall provide thirty days' advance notice of the submission of a preconstruction notification to the U.S. Army Corps of Engineers. The notice provision does not apply to actions taken by TC Energy in response to an order from the government, dismantling facilities or movement of equipment, required environmental protection measures, or the maintenance of existing infrastructure.

Defendants shall notify the Court if TC Energy requests a notice to proceed from the U.S. Bureau of Land Management ("BLM") or schedules a preconstruction conference with BLM.

DATED this 18th day of August, 2021.

_____
Brian Morris, Chief District Judge
United States District Court