IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BOLD ALLIANCE, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> THE U.S. DEPARTMENT OF THE INTERIOR, *et al.,* <br><br> Defendants, <br><br> and <br><br> TRANSCANADA KEYSTONE PIPELINE, LP, *et al.*, <br><br> Defendant-Intervenors. | CV 20-59-BMM-JTJ <br><br><br> **ORDER OF DISMISSAL** |

On March 8, 2022, the Parties filed a Stipulation of Dismissal dismissing Plaintiff Bold Alliance *et al.*'s case against Defendants U.S. Department of the Interior *et al.* and Defendant Intervenors TransCanada Keystone Pipeline *et al.* Since Defendants and Defendant-Intervenors have answered the complaint, *see* ECF Nos. 27, 32, Plaintiffs may voluntarily dismiss their case without leave of Court only if all parties who have appeared stipulate to dismissal. Fed. R. Civ. P. 41(a)(1)(A)(ii). The filing of a stipulation of dismissal pursuant to Rule 41 automatically terminates the case. All parties stipulated to voluntary dismissal without prejudice. Accordingly,

1

**IT IS HEREBY ORDERED** that this case is DISMISSED WITHOUT PREJUDICE.  Each party will bear its own costs and fees.

**IT IS FURTHER ORDERED** that the stay, ECF No. 72, is DISSOLVED, all pending motions, ECF No. 58, are DENIED AS MOOT, and all pending deadlines, ECF No. 74, are VACATED.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to close the case.

DATED this 4th day of April, 2022.

_____
Brian Morris, Chief District Judge
United States District Court